IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | |
| **Plaintiff,** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| **CHOICE HOTELS, et al.,** | : | NO. 15-3231 |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 4th day of May, 2016, upon consideration of the City of Philadelphia's motion to dismiss (Doc. No. 13) and the plaintiff's response (Doc. No. 16), **IT IS HEREBY ORDERED** that:

1. The City of Philadelphia's motion to dismiss (Doc. No. 13) is **GRANTED**.

2. The plaintiff's complaint (Doc. No. 3) is **DISMISSED without prejudice**.

3. The plaintiff shall file an amended complaint within thirty (30) days of the date of this Order.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.